## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**NICHOLAS JAMES HOLT**                                                                    **PLAINTIFF**

**v.**                                              **Case No. 2:20-cv-00003 KGB-JJV**

**RONNIE COLEMAN,** *et al.*                                                          **DEFENDANTS**

### ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 8).  No objections have been filed, and the time for filing objections has passed.  After a careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

Accordingly, this Court dismisses without prejudice plaintiff Nicholas James Holt's complaint (Dkt. No. 2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 19th day of January, 2021.

Kristine G. Baker
United States District Judge