### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**NICHOLAS JAMES HOLT**                                                      **PLAINTIFF**

**v.**                                        **Case No. 2:20-cv-00003 KGB-JJV**

**RONNIE COLEMAN,** *et al.*                                            **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Nicholas James Holt's complaint is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 19th day of January, 2021.

Kristine G. Baker
United States District Judge